# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GOODWAY GROUP** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-0900** |
| v. | : | |
| | : | |
| **ANDREW SKLEROV**, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 15th day of August 2018, upon consideration of the *motions to dismiss for lack of personal jurisdiction* filed by Defendants Brkthru Digital, LLC, Jeff Hastedt, and Andrew Sklerov ("Defendants"), [ECF 9, 10, 11], Plaintiff's oppositions thereto, [ECF 15, 16, 17], Defendants' reply briefs, [ECF 34, 36, 37], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion filed on this date, the motions to dismiss are **GRANTED**, and the complaint is **DISMISSED** for lack of personal jurisdiction as to all Defendants. The Clerk of Court is directed to mark this matter closed.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*